

## IN FORMA PAUPERIS AFFIDAVIT

I, EDWARD J. BEACH_____, attest under penalty of perjury that I am the plaintiff in the above-entitled case; that I am a pauper and because of my poverty I am unable to pay the costs or to give security to prosecute this action.

07-0700 RJL

I further attest under penalty of perjury that the responses which I have made to the questions and instructions below are true.

1. Are you presently employed?  Yes [ ]     No [xx]
    a. If the answer is "Yes", state the amount of your salary or wages per month, and give the name and address of your employer.

       N/A

    b. If the answer is "No", state the date of last employment and the amount of the salary and wages per month which you received.

       ( Year 2002 )  $2000.00 per month

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or form of self-employment?      Yes [ ]     No [xx]
    b. Rent payments, interest or dividends?                 Yes [ ]     No [xx]
    c. Pensions, annuities or life insurance payments?       Yes [ ]     No [xx]
    d. Gifts or inheritances?                                Yes [xx]    No [ ]
    e. Any other sources?                                    Yes [xx]    No [ ]

If the answer to any of the above is "Yes", describe each source of money and state the amount received from each during the past twelve months:

   Gifts from family snd freinds-$215.00 in last 12 months.
   Federal Prison work-$167.60 in last 12 month.

3. Do you own cash, or do you have money in a checking or savings account? (Include any funds in prison accounts.)        Yes [xx]    No [ ]

If the answer is "Yes", state the total value of the items owned:

Account $00.06

**RECEIVED**

MAR 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [ ]  No [XX]

If the answer is "Yes", describe the property and state its approximate value:

_____
_____
_____
_____

5. Do you have any debts or loans outstanding?   Yes [X]   No [ ]

If the answer is "Yes", list to whom debts are owned, the amount of the debt, and the amount of any payments currently due:
Duke Power-$800.00, FRP DEBT-$2000.00
_____
_____
_____

6. List the persons who are dependent upon you for support, state your relationship to those person, and indicate how much you contribute toward their support:
        N/A
_____
_____
_____

7. Attach a CERTIFIED copy of your trust account statement for the past six (6) months.
    SEE ATACHED

I declare UNDER PENALTY OF PERJURY that the foregoing is true and correct.

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

*Edwd J Beach*
Plaintiff/Petitioner's signature
(Required as to each plaintiff/petitioner)
EDWARD J. BEACH
FED REG NO: 19340-058
F.C.I. Williamsburg
P.O. BOX 340
Salters, SC  29590