UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDWARD J. BEACH<br>R# 19340-058<br>Williamsburg F.C.I.<br>POB 340<br>Salters, S.C. 29590<br><br>            Plaintiff,<br>    v.<br><br>HARLEY LAPPIN<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 07-0700 (RJL) |

**NOTICE OF ENTRY OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the Federal Bureau of Prisons, defendant in the above-captioned civil action.

　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　QUAN K. LUONG
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 Fourth Street N.W., Rm E-4417
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　(202) 514-1950
　　　　　　　　　　　　　　　　　　　　quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8 day of June, 2007, a true and correct copy of the foregoing Notice of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

EDWARD J. BEACH
R19340-058
WILLIAMSBURG
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 29590


_____/ s /_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530