UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. BEACH,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>HARLEY LAPPIN.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 07-0700 (RJL)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S MOTION TO ENLARGE TIME**

　　　　Respondent Harley Lappin, Director, Bureau of Prisons, respectfully moves for a brief enlargement of time to respond to the Court's April 28, 2007 Order ("Order") directing the Respondent to respond to Petitioner's Writ of Mandamus within twenty (20) days of service of the Order. In support of this request, Respondent states as follows:

　　　　(1)　　The undersigned counsel for Respondent was only recently assigned to and entered an appearance in this case. However, the entry of appearance was entered after the Court's issuance of the Order, thus counsel for Respondent did not receive an ECF notification of the Order. Moreover, the United States Attorney for the District of Columbia has no record of being served with a copy of Court's Order and BOP Agency counsel has advised that BOP has no record of being served with a copy of the Court's Order. The undersigned counsel for Respondent first learned of the Court's Order late on June 27, 2007, upon checking the Court's docket sheet on PACER.

　　　　(2)　　Due to the press of other work, the undersigned Counsel for Respondent requires some additional time to review the complaint and its procedural history, confer with Agency

counsel, and prepare an appropriate response to the Court's Order.

(3)  This is the Respondent's first motion for an enlargement. Respondent anticipates filing a dispositive motion in conjunction with its response to the Court's Order. Furthermore, allowing Respondent additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case. This extension is sought in good faith and will not unfairly prejudice any party.

Because Petitioner is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, Respondent respectfully requests that the time for responding to this Court's April 28, 2007 Order be enlarged so that Respondent has until July 13, 2007 to submit a response.

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Respondent's Motion to Enlarge Time to be served by first class mail upon *pro se* Petitioner at:

>**Edward J. Beach**
>**R19340-058**
>**Williamsburg Federal Correctional Institution**
>**Inmate Mail/Parcels**
>**P.O. Box 340**
>**Salters, SC 29590**

on this 28th day of June, 2007.

                                                  _____/s/_____
                                                  QUAN K. LUONG
                                                  Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. BEACH, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 07-0700 (RJL) |
| HARLEY LAPPIN. | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the Respondent's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that Respondent shall file its response to the Court's April 28, 2007 Order and to the Petition for Writ of Mandamus on or before July 13, 2007.

_____
UNITED STATES DISTRICT JUDGE