Prepared by: EDWARD J. BEACH Pro Se.          1 of 2

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

DC CIRCUIT

RECEIVED MAY 30 2007

JUDGE RICHARD LEON

EDWARD J. BEACH
(Plaintiff)

V.                                    Case No: 1:07-cv-700

HARLEY LAPPIN
(Defendant)


Ref: Respondents failure to comply with Courts Order Dated: 04/28/07, and filed on, 04/30/07.

The order was, that Respondent, by counsel, within (20) days of service of a copy of this Order and the Petition herein, shall file with the Court and serve on Petitioner a statement showing why the Writ of Mandamus should not issue.

It is now the, 25th, day of, May, 2007 and this Petitioner has recived no such statement/document.

This lack of response by the Respondent is the same type of action that compelled the request for, "Writ of Mandamus" initially.

The Respondent has [knowingly] and [defiantly] acted in bad faith and in [degradation] to the Courts Order.

### PRAYER

Petitioner humbly request that [Respondent be charged with contempt].

Petitioner humbly request that "Writ of Mandamus" be enacted forthwith.

Petitioner humbly request that in light of the Respondents [default], that Respondent be required to reimburse Petitioner the filing fee of $350.00 Dollars.

Petitioner humbly request copys of any and all actions filed on Respondent, as well as any filing dates and deadlines, for evidence in future cicil actions in this matter.

RESPECTFULLY SUBMITTED this, 25th day of May, 2007.

**RECEIVED**

JUL 0 2 2007

Edward Beach
EDWARD J. BEACH
Petetioner Pro Se

cc:File                NANCY MAYER WHITTINGTON, CLERK
                       U.S. DISTRICT COURT

UNITED STATES DISTRECT COURT
DISTRICT OF COLUMBIA

DC CIRCUIT

CERTIFICATE OF SERVICE/MAILING

I certify that true and correct copies of the attached documentes were sent by United States First Class Postage Pre Paid Mail to the following persons/offices on:The, 25th, day of, May ,2007.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
DC CIRCUIT
E. Barrett Prettyman U.S. Ct Hse
333 Constitution Ave N.W.
Washington,DC 20001-2802

*Edward J Beach*
EDWARD J. BEACH
Petitioner Pro Se


EDWARD J. BEACH
Reg No:19340-058
FCI-Williamsburg
P.O. BOX 340
Salters,SC 29590

cc:File