**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUL 6 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| EDWARD J. BEACH, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
|  | ) Civil Action No. 07-0700 (RJL) |
| v. | ) |
|  | ) |
| HARLEY LAPPIN. | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the Respondent's Motion for Enlargement of Time,

support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court

this ___ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that Respondent shall file its response to the Court's April 28,

2007 Order and to the Petition for Writ of Mandamus on or before July 13, 2007.

UNITED STATES DISTRICT JUDGE