| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | | FILED<br>JUL 2 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

EDWARD J. BEACH, )
            Petitioner, )
            v. )  Civil Action No. 07-0700 (RJL)
HARLEY LAPPIN, )
            Respondent. )

## ORDER

This matter is before the Court on respondent's motion to dismiss this mandamus action under Rule 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure. Petitioner, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that petitioner shall file his reply to respondent's motion to dismiss by **August 21, 2007**, or the Court will treat the motion as conceded and may dismiss the case.

Date: 7/19/07

Richard J. Leon
United States District Judge