UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. BEACH, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 07-0700 (RJL) |
| HARLEY LAPPIN. | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES**
**MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. §636(c)(3), defendant Harley Lappin, Director, Federal Bureau of Prisons, hereby voluntarily waives his right to proceed before a District Judge of the United States District Court and consents to have a United States District Judge Magistrate conduct any and all further proceedings in this case, including trial.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and it is impracticable for the undersigned to contact him regarding this consent.[1]  Accordingly, the signed consent form has been mailed to plaintiff herewith.  If plaintiff consents to proceed before a magistrate judge, plaintiff is requested to sign the consent form and return it to the undersigned counsel, who will file it with the Court upon receipt thereof.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

_____I certify that on July 26th, 2007, a true and correct copy of the foregoing was sent by first class mail, postage prepaid to:

> Edward J. Beach
> R19340-058
> FCI Williamsburg
> P. O. Box 340
> Salters, SC 29590

_____/s/_____
Quan K. Luong
Special Assistant United States Attorney