RECEIVED
AUG 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBA

EDWARD J. BEACH, )
  (Plaintiff) )
)
V. )  Civil Action No:07-0700(RJL)
)
HARLEY LAPPIN, )
  (Defendant). )
)

RESPONSE

TO

DEFENDANTS MOTION TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE FOR ALL PURPOSES

    Plaintiff,EDWARD J. BEACH,Categorically Denies,and [WILL NOT] consent to the Defendants motion; To proceed befor a United States MAGISTRATE Judge,Dated:07-26-2007 and filed on the same day.

    The Defendant and the Defendants Counsel have already attempted to dismiss and demean the Plaintiff,and the Plaintiffs Civil Action, as well as the Plaintiffs Legal Rights under the Law.

    The Defendant has continually attemped to [Circumvent]and [Ignore] the Code of Federal Regulation(CFR),the Bureau of Prisons Program Statements(BOP PS),and the Federal Law,All of which,are to [Govern]the[Actions]of the Defendant,[as]Director,Federal Bureau of Prisons(BOP), and in his [Responsibility] over all of his subordinats and their Offices,(Regional and Prison level).

    Again Plaintiff[DECLINES]to move,Civil Action No:07-0700(RJL) to a lower court,or to a U.S. Magestrate Judges Court.

NOTE:The Defendant,the Defendants subordinates,or the Defendants
     counsel has never attempted to correct,[their] failure to
     follow the (BOP)program statments,or the Code of Federal
     Regulation(CFR)to the letter.(Which is the Bases of the
     intire Action).

RESPECTFULLY SUBMITTED this, 03rd, day of, Aug, 2007.

*[signature: Edward Beach]*
EDWARD J. BEACH
Pro Se

## JURAY

I, EDWARD J. BEACH, CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FACTS STATED HEREIN ARE TRUE AND CORRECT.

*[signature: Edward Beach]*
EDWARD J. BEACH
Pro Se

## CERTIFICATE OF SERVICE

I certify that on the, 03rd, day of, Aug, 2007, a true and correct copy of the foregoing was sent by First Class, Postage Pre Paid to:

HARLEY LAPPIN,
(through Counsel)
C/O QUAN K. LUONG
Special Assistant U.S. Attorney          1ea Copys
U.S. Department of Justice
U.S. Attorneys Office
555 Fourth Street, N.W.
Washington, D.C. 20001


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. Courthouse                          3ea Copys
333 Constitution Avenue N.W.
Washington, D.C. 20001


*[signature: Edward Beach]*
EDWARD J. BEACH
Reg NO:19340-058
FCI-Williamsburg
P.O. BOX 340
Salters, SC 29590