RECEIVED
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD J. BEACH, )
 (Plaintiff) )
 )
V. ) Civil Action No: 07-0700(RJL)
 )
HARLEY LAPPIN, )
 (Defendant) )
 )

PLAINTIFF's RESPONSE TO:

[Document:18]

DEFENDANT's REPLY TO THE PLAINTIFF's

OPPOSITION TO

DEFENDANT's MOTION TO DISMISS

Plaintiff received Defendant's MOTION on sept05,2007,
from Prison mail room.

1. <u>Defendant's claim</u>; <u>A</u>.Plaintiff concedes defendant's argument that his MANDAMUS is inappropriat.

(a)Plaintiff,EDWARD J. BEACH,HAS NOT,NOR WILL EVER,[CONCEDE] to the Defendant's claims,(That of MANDAMUS being inappropriat).

(b)Plaintiff clearly has a right to a (MANDAMUS Action)because he was [Denied] his right to the Administrative Remedy Appeals process,and therefore,<u>has a clear right to relief</u>,under Federal Civil Law,[Specifically]a MANDAMUS.

(c)The Defendant,does not warrant any consideration in this matter;the Defendant's actions also has[no merit],due to the the fact that the Defendant has [again Defaulted],and has <u>knowingly</u> and <u>willingly</u> acted in [Degradation]to the Courts July06,2007,Order,[Document:11]therefore the Defendant has [conceded]by way of his[Default].

NOTE:Court Order[Document:11]dated:July06,2007,clearly states in the last TWO lines,QUOTE:FURTHER ORDERED that the Respondent shall file it's response to the Courts April28,2007,Order[AND] to the Petition for Writ of Mandamus on or befor July13,2007.

(d)The Defendant has knowingly[AND]willingly refused to comply with the Courts Order;That of responding to the petition for Writ of Mandamus.

(e)Therefore the Defendant has[conceded]by Default,and has no right to rebuttal[or]rehearing,as the Defendant has never fully complyed with the Courts Order.

(f)The Defendant responded to the Courts April28,2007,Order, but never responded to the[MANDAMUS]as Ordered in Court Order [Document:11]. (These are two separate actions),to be addresed separatly.

(g)The Defendants[deseption]and[misdirection],as well as the [misrepresentation]of the FACTs in this case,goes hand in hand with their many acts of Default,(Which leaves the Defendants Integrity,Severely in Question.)

(h)Plaintiff has answered all pertinent points in the Defendants "Motion to Dismiss",showing a clear right,to the[Mandamus]as-well as the[relief]sought.

(i)Defendant has already[coceded]by way of [Default],by never answering the Petition for Mandamus as Orderd by Court Order [Document:11]dated:July06,2007.

NOTE:Plaintiff Prays that the Honorable Court recognizes,the numerous acts of [Deception]and[Default]by the Defendant throughout the entire history of,Civil Action:07-0700(RJL) as well as in the Administrative Remedy Appeals Process.

2.  <u>Defendant's Claim</u>; <u>B</u>.Plaintiff has failed to exhaust his Administrative Remedies.

(a)The Defendant has again[knowingly]and[willingly]and[untruthfully]protrayed the events and facts of the Administrative Remedies Appeals Process.

(b)Plaintiff has <u>constantly</u> and <u>consistently</u> stated,and[<u>sworn under penalty of perjury</u>]that[ALL]Administrative Remedy Appeals, have benn filed in accordance with,Bureau of Prison Program Statment 1330.13[b.Form(3)(on page:9)3rd sentence states, <u>QUOTE</u>:The inmate shall provide two additional copies of any continuation page[<u>AND EXHIBITS</u>]with the regional Appeal,and three additional copies with an Appeal to the Central Office. (the inmate is also to provid copies of[<u>EXHIBITS</u>]used at the prior level(s) of Appeal.

<u>NOTE</u>:<u>EXHIBITS</u> (plural)-<u>more than one</u>.

(c)The Defendants only argument is over the[definition]and use of the word[EXHIBITS].

(d)Plaintiff has filed a copy ofBOP P.S.1330.13(b)(3) <u>highlighted</u>,with every filing of the Administrative Remedy Process.

(e)The Defendant is[inappropriately]trying to[misdirect]and [redefine]the [definition]of the word[EXHIBITS],<u>in a attempt to prevent the truth from coming forth</u>.

(f)To cleat this argument up;<u>THE DICTIONARY's DEFINITION OF EXHIBIT (is)</u>:1.To show externally:Display.2a To present for public view. b.To show or enter in an exibition or contest. 3.To give an instance or evidence of: Demonstrate. 4.Law. a.To submit(<u>documents</u> or <u>evidence</u>)in a Court. b.To <u>present</u> or <u>introduce</u> officially.-vi.To put something on public display-N.1.AN act of exhibiting.2.Something EXHIBITED.

3-

3.Law.Something,as <u>a document,formally introduced as evidence in Court</u>.

(g)As anyone can clearly see;The Defendants arguments have [NO]merit and never have.

(h)As has been demonstrated,the plaintiff has always filed in accordance with the"Code of Federal Regulation"as well as the "Bureau of Prisons Program Statements"(BOP P.S.),and the Plaintiff has been[denied]the Administrative Remedy Appeals Process on[Multiple]occasions.

3. <u>Defendants Claim</u>; <u>C</u>.Plaintiff does not dispute that South-Carolina is a more appropriate vennue.

(a)The defendant has all ready[Defaulted]on the Courts Order [Document:11]dated:July06,2007,[Therefore Conceding],to the plaintiff.Therefore the Defendant has[NO]bases for any argument or Legal standing.

(b)Plaintiff has filed in accordance with(28 U.S.C. 1391(e)) for a reason;The action in Question is pertaining to,The Director of the Office of General Council,for the Bureau of Prisons under the U.S. Department of Justice. For the[Failure] to act in accordance with the Administrative Remed Process, as well as[attemptingto coverup]the <u>GROSS MISCONDUCT</u> and <u>SEXUAL MISCONDUCT</u> of his staff in the preformance of their duty as Officers of the United States.

(c)This action needs to be heard in the District of Columbia, as it not only concerns the Defendant and the Plaintiff,but thousands upon thousands of Federal Employes,in the performance of their dutys.

(d)The Defendant is trying to[debase]and[demean]<u>Civil Action</u>: 07-0700(RJL);in a further attempt toCircumvent the RULEs,

Codes and Laws that where[setforth to govern]the actions of Federal Bureau of Prisons Employes.

(e)Therefore it is[Inperative]that Civil Action:07-0700(RJL) be heard in the District of Columbia,where the Main Offices of all pertinent Department of Justice Head Offices are residing,and[NOT DEMEAN]and transfer the case to another Court. (This would just be another ploy to AVOID,TRUTH and JUSTICE).

<u>QUESTION TO THE COURT</u>

If the District Attorneys Office,The Office of General Council, The Bureau of Priaons,or any part of the U.S. Department of Justice; Are allowed to <u>circumvent</u>,<u>change</u>,<u>violate</u> or <u>Ignor</u>; The(Federal Courts Orders),(Federal Rules of Civil Procedure), The(Code of Federal Regulation)or The(Bureau of Prisons Program Statments),[WHAT USE ARE THAY].

<u>IN CONCLUSION</u>

Defendant did,[knowingly and willingly] FAIL to comply with Court Order[Document:11]dated:July06,2007,(segment captioned) <u>FURTHER ORDERED</u> thatRespondent shall file its response to the Courts April28,2007,Order[AND]to the petion for"<u>Writ of Mandamus</u>" on or befor July13,2007.

Defendant did file a document [Titled]:<u>Defendents Response to the Courts April28,2007,Order</u>[and]<u>Defendants "Motion to Dismiss.</u> Defendant did [knowingly and willingly]and with[malicious-intent]failed to comply with Court Order dated:July06,2007, by failing to comply and respond to the Petion for"<u>Writ of Mandamus</u>"as Orderd by the Court.

Therefore any,and all <u>arguments</u>,<u>objections</u>,<u>motions</u> or <u>filings</u> after July13,2007,are[void] and or [mute],do to the Defendant, has already[conceded]to the plaintiff do,to[Default].

## PRAYER

Plaintiff Prays that the Honorable Court will recognize that the Defendant,did[conced],do to[Defaulting]on Courts Order[Document:11]datedJuly06,2007,by failing to meet the (July11,2007), deadline,<u>Therefore Defendants Motion[Document:18]dated Aug29,2007, should be rendered[VOID]and [without Merit]</u>.

Plaintiff also PRAYs that the Honorable Court[Grant]<u>Plaintiffs past request for relief in the form of Summary Judgment</u>,Due to its <u>Merits</u> as well as to the Defendant[conceding],do to[Defaulting]on Courts Order [Document:11]dated July06,2007.

RESPECTFULLY SUBMITTED this, 19th,day of, Sept,2007.

*Edward J Beach*
EDWARD J. BEACH
Pro Se

Persuant to Title(28 U.S.C. 1746),I certify under penalty of perjury that the FORGOING is True and correct.

*Edward J Beach*
EDWARD J. BEACH
Pro Se

In Haines V. Kernes <u>404 U.S. 519,520,30L. Ed 2d652,S .ct. 594(1972)</u>the United States Supreme Court instructed the lower Court to hold Pro Se pleading as filing to a less stringent standard than formal pleading drafted by a Lawyer.

## PROOF OF FILING

I,EDWARD J. BEACH,certify that on this,The, 19th,day of, Sept,2007, This document was filed pursuant to the holding in <u>Houston V. Lsvk, 487 U.S.226(1988)</u> by placing it in the prison mail facility for further delivery to the Court.

*Edward J Beach*
EDWARD J. BEACH
Reg No:19340-058
FCI-Williamsburg
P.O. BOX 340
Salters,SC 29590

CERTIFICATE OF SERVICE

I, EDWARD J. BEACH, certify that on the, 19th day of, Sept, 2007, a true and correct copy of the foregoing was sent by First Class, Postage Pre Paid to:

HARLEY LAPPIN
(through Counsel)
C/O QUAN K. LUONG
Special Assistant U.S. Attorney
U.S. Department of Justice                    --(1ea Copys)
U.S. Attorneys Office
555 Fourth Street, N.W.
Washington, D.C, 20001


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. Courthouse                               --(3ea Copys)
333 Constitution Avenue N.W.
Washington, D.C. 20001



                                    _____
                                    EDWARD J. BEACH
                                    Pro Se
                                    Reg No: 19340-058
                                    FCI-Williamsburg
                                    P.O. BOX 340
                                    Salters, SC 29590



cc: File