UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EDWARD J. BEACH,                      )
                                      )
            Petitioner,               )
                                      )
      v.                              )   Civil Action No. 07-0700 (RJL)
                                      )
HARLEY LAPPIN,                        )
                                      )
            Respondent.               )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 26th day of October 2007,

ORDERED that the Order to Show Cause [Dkt. No. 5] is DISCHARGED; it is

FURTHER ORDERED that respondent's motion to dismiss [Dkt. No. 16] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge

