UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

RECEIVED
NOV 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EDWARD J. BEACH,
   (Petitioner)

V.                                      Civil Action No.07-0700(RJL)

HARLEY LAPPIN,
   (Respondent)

---

PETITION FOR REHEARING
IN COMPLIANCE WITH F.R.Civ.P. Rule 52(a)
RE:"COURT ORDER"[Document 22]Filed:10-30-2007. AND "MEMORANDUM -
   OPINION"[Document 21]Filed:10-30-2007.

---

DOCUMENT/ORDER RECEIVED FROM PRISON MAIL FACILITY:11-06-2007.

---

   Plaintiff,EDWARD J. BEACH,request a "REHEARING"in Civil-Action:07-0700(RJL),in compliance with F.R.Civ.P.Rule 52(a),Due to the Courts[ERROR]in the representation of the Facts and the History,or Background pertaining to this case[as well as]to the Definition and Application of the"CODE OF FEDERAL REGULATION", and the"BUREAU OF PRISON(s) PROGRAM STATEMENTS"covering the: DHO APPEALS PROCESS,ADMINISTRATIVE REMEADY PROGRAM,URINE SURVEILL--ANCE AND NARCOTIC IDENTIFICATION PROGRAM,AND,STANDARDS OF EMPLOYEE CONDUCT.

   The Court has errored in dismissing this Case Pursuant to Fed.R.Civ.P.Rule 12(b)(6),Failure to state a claim upon which relief can be granted.

   This is incorrect,as it has been clearly shown and sworn to under penalty of perjury,that all Codes,Laws and Rules presented by the Petitioner are true and correct and have been clearly adhered to,too the letter by the Petitioner.

(1)

The,Respondent,has not only Defaulted on more than one occasion he has failed to comply with Court Orders,(this is well documented through out the case).

Respondent also FAILs to submit Evidence,Facts or Background-History that [he/thay]will swear to as fact,[as the Petitioner has].

As to Fed.R.Civ.P.Rule 12(b)(6)Failure to state a claim upone which relief can be granted,this Action is about a Illegal and in-appropriate Disciplinary Action against the Petitioner,which can be over turned and rendered [VOID],and the return of the good time,as well as,awarding Attorney Fees and Court Cost,and as well as, [Disciplinary Action]implemented against ALL Federal Employs,In compliance with U.S. Department of Justice-Federal Bureau of Prisons-Program statement:3420.09-Standards of Employee Conduct-(Attachment-A)Items No.09,28,31,32,33,35,and,54.

In this Action it is clearly shown that all of the(BOP Employs) did knowingly acted outside of the clearly defined and outlined procedures,[specifically]BOP-Program Statement6060.08(Attachment-(A)Items 1-6. Where Petitioner was denied the opportunity to comply and participate in-as it is clearly stated in the (BOP)Program-statement,6060.08 Attachment(A).

The (BOP)employs also knowingly acted outside of (BOP)Program-statement 1330.13(9)(b)(3) which clearly states in the 3rd sentence, [QUOTE]The inmate shall provide two additional copies of any continuation page AND EXHIBITS with the regional Appeal,and three additional copies with an Appeal to the Central Office(the inmate is also to provide copies of EXHIBITs used at the prior level(s) of Appeal).

AT BOTH,REGIONAL AND CENTRAL OFFICE THE PETITIONER HAS FULLY AND COMPLETELY COMPLIED TO ALL,CODES AND RULES.

Again Regional as well as the Central Office [FAILED] to comply with (BOP)P.S.1330.13,and knowingly errored in not Hearing (DHO-APPEAL)and knowingly filed [FALSE]statements on refusal Documents. NOTE: As this Action involves the Loss of[GOOD TIME]therefore Lengthening Prison time Served.

Good tine credits,creates Constitutionally Protected Liberty.

PRAYER

Petitioner Prays that this HONORABLE COURT will Reconsider and review the facts and sworn statements,as well as the[many]untrue statements,and Defalts,as well as the failure to comply with Court Orders,that the Respondant,and his Counsel have set forth.

RESPECTFULLY SUBMITTED this, 15-th day of, Nov,2007.

*[signature]*
EDWARD J. BEACH
Pro Se

Persuant to Title(28 U.S.C. 1746),I certify under penalty of perjury that the FORGOING is TRUE and CORRECT.

*[signature]*
EDWARD J. BEACH
Pro Se

In Haines V. Kernes 404 U.S. 519,520,30L. Ed 2d 652,S .ct. 594 (1972)the United States Supreme Court instructed the lower Court to holdPro Se pleading as filing to a less stringent standard than formal pleading drafted by a Lawyer.

PROOF OF FILING

I,EDWARD J. BEACH,certify that on this,The, 15th day of, Nov,2007, This document was filed pursuant to the holding in Houston V.Lsvk, 487 U.S.226(1988)by placing it in the Prison Mail Facility for further delivery to the Court.

*[signature]*
EDWARD J. BEACH
Pro Se

(3)

## CERTIFICATE OF SERVICE

I, EDWARD J. BEACH, certify that on the 15th day of, NOV, 2007, a true and correct copy of "PETITION FOR REHEARING" was sent by First Class, Postage Pre Paid to:

HARLEY LAPPIN  
(through Counsel)  
C/O QUAN K. LUONG  
Special Assistant U.S. Attorney         (1ea copy)  
U.S. Department of Justice  
U.S. Attorneys Office  
555 Foruth Street, N.W.  
Washington, DC, 20001

UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA  
U.S. Courthouse                          (1ea copy)  
333 Constitution Ave N.W.  
Washington, DC, 20001

*Edward Beach*  
EDWARD J. BEACH  
Pro Se  
Reg No: 19340-058  
FCI-Williamsburg  
P.O. BOX 340  
Salters, SC 29590

(4)