UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| EDWARD J. BEACH, | ) |
|       Petitioner, | ) |
|       v. | ) Civil Action No. 07-0700 (RJL) |
| HARLEY LAPPIN, | ) |
|       Respondent. | ) |

### ORDER

Petitioner, invoking Fed. R. Civ. P. 52(a), seeks reconsideration of the Order filed October 30, 2007, dismissing this mandamus action. Because petitioner is seeking relief from a final order, the motion is considered filed pursuant to Fed R. Civ. P. 60. Motions for reconsideration of final orders are committed to the sound discretion of the trial court to grant or deny. *See Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996). A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Id.* (citations and quotation marks omitted). The pending motion presents no grounds for relief under Fed R. Civ. P. 60. Accordingly, it is ___ day of December 2007,

ORDERED that the petitioner's Petition for Rehearing [Dkt. No. 23] is DENIED.

_____
RICHARD J. LEON
United States District Judge