UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

**RECEIVED**

DEC **3 1** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EDWARD J. BEACH, )
(Petitionet) )
)
v. )
)    Civil Action No.07-0700(RJL)
)
HARLEY LAPPIN, )
(Respondent) )
)
)

---

### NOTICE OF APPEAL;

### IN CIVIL ACTION NO. 07-0700(RJL)

---

Petitioner, <u>EDWARD J. BEACH</u>, hereby give Notice of APPEAL,

and Request the Appelate filing schedule and Rules for the District

of Columbia Appelate Court.

RESPECTFULLY SUBMITTED This, 27th, day of, Dec, 2007.

*Edward Beach*

EDWARD J. BEACH
Pro Se

Persuant to Title(28 U.S.C. 1746),I certify under penalty
of perjury that the forgoing is true and correct.

*Edward G Beach*

EDWARD J. BEACH
Pro Se

In Haines V. Kernes <u>404 U.S. 519,520,30L. Ed 2d 652,S.Ct.</u>
<u>594 (1972)</u> the United States Supreme Court instructed the lower
Court to hold Pro Se pleading as filing to a less stringent stan-
dard than formal pleading drafted by a Lawyer.

---

#### PROOF OF FILING

I, <u>EDWARD J. BEACH</u>, certify that on this, the, 27th, day of, Dec, 2007,
This document was filed pursuant to the holding in Houston V. Lsvk,
<u>487 U.S.226(1988)</u> by placing it in the Prison Mail Facility for
further delivery to the Court.

*Edward G Beach*

(1of2)    EDWARD J. BEACH
Pro Se

## CERTIFICATE OF SERVICE

I, EDWARD J. BEACH, certify that on the, 27th, day of, Dec, 2007, a true and correct copy of "NOTICE OF APPEAL" was sent by First Class, Postage Pre Paid Mail to:


HARLEY LAPPIN
(through Counsel)
C/O QUAN K. LUONG
Special Assistant U.S. Attorney                    (1ea Copy)
U.S. Department of Justice
U.S. Attorneys Office
555 Fourth Street, N.W.
Washington, DC 20001


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. Courthouse                                    (3ea Copies)
333 Constitution Ave. N.W.
Washington, DC 20001



EDWARD J. BEACH
Reg No.19340-058
FCI-Williamsburg
P.O. BOX 340
Salters, SC 29590